UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:98-CR-437-PMP-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ELIDIO LINDIO ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#38), sentencing held on September 3, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHASE BANK USA
Amount of Restitution: $63,772.78

Name of Payee: US BANK
Amount of Restitution: $49,011.66

Name of Payee: FIRST SECURITY BANK
Amount of Restitution: $135,501.27

Name of Payee: HARLEY DAVIDSON CREDIT
Amount of Restitution: $20,426.71

Name of Payee: ZMSC
Amount of Restitution: $93,396.77

Name of Payee: FLETCHER JONES IMPORTS
Amount of Restitution: $58,553.38

Name of Payee: FORD MOTOR CREDIT
Amount of Restitution: $9,028.23

Name of Payee: KEY BANK
Amount of Restitution: $8,185.75

**Total Amount of Restitution ordered: $437,876.55\*\***
\*\*Joint and Several with co-defendant Jimmy Lindo Gonzalez

Dated this _18_ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE